IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RAJENDRAKUMAR PATEL, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 623-010 |
| ALEJANDRO MAYORKAS, Secretary of DHS, et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' consent motion for voluntary dismissal. (Doc. 9.) The Parties move to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon due consideration, the Court finds dismissal proper.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA